395 A.2d 968

Commonwealth v. Gray, Appellant.

Argued September 11, 1978. C. Pelletreau, with him James J. DeMarco, for appellant; D. Loeb, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.